

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Miss Hazel H. Beckham
Executive Secretary-Director
State Commission for the Blind
Austin, Texas

Dear Madam:  Opinion No. O-3615
Re: Authority of department head
to pay salary less than that
set forth in the Departmental
Appropriation Bill; and au-
thority to use savings thus
effected.

Your letter of May 24, 1941, requests the opinion
of this department upon the following questions:

1. Does the State Commission for the
Blind have the authority to pay an employee
less than the salary designated by the Legis-
lature for a specific position where there are
several itemizations for such position at the
same salary and where in the opinion of this
Commission persons filling these positions are
qualified for such positions but some such
persons are better qualified than others.

2. If the Commission does have the au-
thority to pay less than the salary designated
in the appropriation bill, would the difference
in the amount paid and the amount appropriated
for this purpose be transferable, or would it
be permissible to use any balance for a part-
time employee for like work.

The general rider appended to Senate Bill 427, Acts
of the Forty-Sixth Legislature, the Departmental Appropriation
Bill, provides in part as follows:

" * * * Provided, however, that nothing
herein shall prevent any department head from

paying less than the maximum amount set forth herein for any salaried position."

This is specific authority to the various department heads to pay particular employees less than the maximum amount itemized for the particular salaried position.

An essential function of an appropriation is to set apart a certain sum of money to be used for a certain purpose and for no other purpose. It follows that the salary appropriated for one purpose may not be used for another purpose in the absence of express authority from the Legislature so to do. There is no authority conferred upon the department heads by the Legislature in Senate Bill 427 to transfer appropriations, consequently any saving effected in paying less than the maximum amount of salary appropriated for a particular position may not be transferred to another appropriation or used for another purpose than that for which it was appropriated. See our opinion No. 0-3068, copy of which is enclosed herewith.

It was held in our opinion No. 0-1006 that a salary item listed in Senate Bill 427, Acts of the Forty-Sixth Legislature, cannot be broken down into component parts and converted into an appropriation for part-time or half-time employment. A copy of this opinion is enclosed herewith. Since we find no express authority conferred upon the Commission for the Blind by Senate Bill 427 to break down a salary item listed for a particular position and use a portion of such item of appropriation for part-time or half-time employment, you are advised that any savings effected by paying less than the maximum amount itemized for a particular position cannot be used by your department to pay a part-time employee for like work.

APPROVED JUN 10 1941

*[signature]*

FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

*[signature]* R W Fairchild

By

R. W. Fairchild
Assistant

RWF:ej
Encls.


APPROVED
OPINION
COMMITTEE